IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RUSSEL GEGENHEIMER and
SCOTT BUFFINGTON, on behalf
of themselves and all others similarly
situated                                                                                         PLAINTIFFS

v.                               No. 4:11-cv-649-DPM

YARNELL ICE CREAM COMPANY,
INC., and DOES                                                                          DEFENDANTS

## ORDER

This case is mired in pending bankruptcy proceedings. The Court administratively terminates it. Any party may move to reopen after the automatic stay is lifted or some other development supports action here.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

12 December 2013